ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cantu Services, Inc. | )   ASBCA No. 62841 |
| | ) |
| Under Contract No. W91QF5-17-D-0003 | ) |

APPEARANCES FOR THE APPELLANT:    John C. Dulske, Esq.
Bonnie Kirkland, Esq.
Carrie Gorner, Esq.
  Dykema Gossett PLLC
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
  Army Chief Trial Attorney
CPT Philip L. Aubart, JA
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 13, 2022

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62841, Appeal of Cantu Services, Inc., rendered in conformance with the Board's Charter.

Dated:  May 13, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals